|  | AUSA: | Susan Fairchild | Telephone: | (313) 226-9577 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Agent: | Alexander Carlson | Telephone: | (313) 450-2590 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America

v.

Jose Victor VICENTE CHILEL, a/k/a Alfredo CHAVEZ
CHILEL

Case No.   2:25-mj-30494
Judge: Unassigned,
Filed: 08-05-2025 At 04:42 PM
cmp usa v. jose victor vicente chilel (da)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 2, 2025_____ in the county of _____Wayne_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alexander Carlson, U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  _____August 5, 2025_____

City and state:  Detroit, MI _____

_____
*Judge's signature*

Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Alexander Carlson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Jose Victor VICENTE-CHILEL, a/k/a Alfredo CHAVEZ CHILEL, a native and citizen of Guatemala.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for Jose Victor VICENTE-CHILEL, for a violation of 8 U.S.C. §1326, Unlawful Re-Entry Following Removal. I have not included every fact known to law enforcement related to this investigation.

3. On or about March 24, 2011, VICENTE-CHILEL was encountered by United States Border Patrol agents in or near Tucson, Arizona. VICENTE-CHILEL was processed as an Expedited Removal (I-860) under the name of Alfredo CHAVEZ-CHILEL and issued A# XXX XXX 196.  VICENTE-CHILEL was removed to Guatemala on April 01, 2011, through Phoenix, Arizona.

4. On or about January 22, 2025, VICENTE-CHILEL was arrested by the Detroit Police Department for assault and battery-domestic violence, home invasion and assault with a dangerous weapon. According to the police report, the victim was VICENTE-CHILEL's ex-wife, with whom he shares two children, ages 6 and 1 ½ years old. She claimed that VICENTE-CHILEL barged into her home accusing her of things and raising a knife at her. He then bit her on the bottom lip and threatened to kill her. VICENTE-CHILEL was intoxicated at the time. The victim also indicated that VICENTE-CHILEL threatened to firebomb the house. According to the

1

police report, another victim in the house was also assaulted by VICENTE-CHILEL. The case was dismissed.

5. On August 01, 2025, the Romulus Police Department contacted the United States Border Patrol Gibraltar Station requesting assistance from agents with a subject, later identified as VICENTE-CHILEL, who was encountered during a traffic stop. Romulus Police Department arrested VICENTE-CHILEL for operating under the influence of liquor or drugs. Border Patrol Agents placed an I-247 immigration detainer on the subject requesting to be notified when the subject was released from Romulus Police custody.

6. On August 02, 2025, the Romulus Police Department contacted Border Patrol Agents in reference to the immigration detainer. Border Patrol Agents arrived at the Romulus Police Department and conducted an immigration inspection on VICENTE-CHILEL. The agents determined that VICENTE-CHILEL was an alien who unlawfully entered the United States at a time and place other than as designated by the Secretary of the Department of Homeland Security of the United States. The agents arrested VICENTE-CHILEL and transported him back to the Gibraltar Border Patrol Station for further processing.

7. While at the Gibraltar Border Patrol Station, VICENTE-CHILEL's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Next Generation Identification (NGI). The results revealed that VICENTE-CHILEL is a citizen of Guatemala, with no record of obtaining permission to re-enter the United States following his last removal on April 01, 2011.

8. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

9. Review of the Alien File (A# XXX XXX 196) for VICENTE-CHILEL, and queries in U.S. Department of Homeland Security databases confirm no record exists of VICENTE-CHILEL obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States after his removal from the United States on April 01, 2011.

10. Based on the above information, I believe there is probable cause to conclude that Jose Victor VICENTE-CHILEL, a/k/a Alfredo CHAVEZ CHILEL, is'a native and citizen of Guatemala, who was previously removed from the United States and was thereafter found in the United States,  without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a)

_____
Alexander T. Carlson, Border Patrol Agent
U.S. Department of Homeland Security


Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Elizabeth A. Stafford
United States Magistrate Judge

3